UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT HOFFMAN,<br><br>          Plaintiff,<br><br>vs.<br><br>VICKIE CARLSON, R.N.;<br><br>          Defendant. | 2:17-CV-13263-TGB<br><br><br>JUDGMENT |

In accordance with a jury verdict rendered on October 13, 2023, judgment is entered in favor of Defendant Vickie Carlson and against Plaintiff Robert Hoffman and this case is DISMISSED with prejudice.

DATED this 13th day of October, 2023.

KINIKIA ESSIX
CLERK OF COURT

/s/A. Chubb
Deputy Clerk

APPROVED:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge